Dorothy **CALABRESE, M.D.; et
al., Plaintiffs–Appellants,**

v.

Kathleen **SEBELIUS, U.S. Department
of Health and Human Services, Sec-
retary,\* Defendant–Appellee.**

No. 10–56346.

United States Court of Appeals,
Ninth Circuit.

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

* Kathleen Sebelius is substituted for her prede-
cessor, Charles E. Johnson, as Secretary of

Submitted July 12, 2011.**

Filed July 27, 2011.

Allergy & Immunology, San Clemente, CA, for Plaintiffs–Appellants.

Dorothy Calabrese, M.D., pro se.

Russell William Chittenden, Esquire, Assistant U.S. Attorney, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM ***

Dorothy Calabrese, M.D., and her patients Harriet Fahl, Gene Fahl, and Paul Messer, appeal pro se from the district court's order dismissing their action alleging equal protection violations based on defendant's denial of Medicare reimbursements for "transfer factor" therapy. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Uhm v. Humana, Inc.*, 620 F.3d 1134, 1139 (9th Cir.2010), and we affirm.

The district court properly dismissed the action because plaintiffs failed to state an equal protection claim. *See Engquist v. Or. Dep't of Agric.*, 553 U.S. 591, 601–03, 128 S.Ct. 2146, 170 L.Ed.2d 975 (2008) (addressing "class of one" equal protection claim); *Weinberger v. Salfi*, 422 U.S. 749, 769–70, 95 S.Ct. 2457, 45 L.Ed.2d 522 (1975) (addressing class-based equal protection claim).

Plaintiffs' remaining contentions are unpersuasive.

**AFFIRMED.**

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, plaintiffs' request for oral argument is denied.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Kathleen Sebelius is substituted for her predecessor, Charles E. Johnson, as Secretary of the Department of Health and Human Services under Fed. R.App. P. 43(c)(2).

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellants' request for oral argument is denied.